

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>YAHIRA YULIANA GARCIA-ANGULO,<br><br>　　　　　Defendant. | Case No.: 22-CR-0788-TWR<br><br>**ORDER AND JUDGMENT OF DISMISSAL WITHOUT PREJUDICE** |

　　　The United States' Motion to Dismiss the Information (Dkt. No. 25) is hereby GRANTED. The Information (Dkt. No. 13) is DISMISSED without prejudice.

**IT IS SO ORDERED AND ADJUDGED.**

DATED: 7/14/22　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　HON. TODD W. ROBINSON
　　　　　　　　　　　　　　　　United States District Judge